# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 3872 | **DATE** | 11/2/2005 |
| **CASE TITLE** | Haywood vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Settlement conference held; settlement agreement is reached. Status conference is set for 11/16/05 at 9:00 a.m., by telephone conference to be initiated by counsel, for the purpose of entry of a final order disposing of the case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|